IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.

SAMUEL C. STOIA
And ALANA STOIA,

      Plaintiffs,

v.

DOUBLE CROWN, LLC a
Florida Limited Liability Company,
*In Personam* Defendant and
Motor Vessel *REEF ROAMER*,
Her Engines, Tackle and Appurtenance
O.N. 986487, *In Rem*

      Defendants

_____/

## COMPLAINT

The Complaint of Samuel C. Stoia and Alana Stoia against the Motor Vessel *Reef Roamer*, Official No. 986487, her rigging, tackle, apparel, engines, fishing and dive gear and all other necessaries and Double Crown, LLC, a Florida Limited Liability Company in a cause civil and maritime, pursuant to this Court's jurisdiction under to 28 USC §1331. Plaintiffs seek to foreclose of the Preferred Ship Mortgages and respectfully show:

1. Plaintiffs Samuel C. Stoia and Alana Stoia (Stoia) are individuals and resident of the State of Florida.

2. Defendant Double Crown, LLC is a Florida Limited Liability Company (Double Crown) whose address is 140 Plantation Drive, Tavernier, Florida 33070.

3. The *In Rem* Defendant vessel "*Reef Roamer*" is a 41.5 foot fiberglass Catamaran, Official No. 986487, and is now afloat at 99311 Overseas Highway, Tavernier, FL 33070.

4. On May 4th, 2006, Defendant Double Crown executed and delivered to TIB Bank, P.O. Box 2808 Key Largo, FL 33037 for valuable consideration, a Promissory Note in the amount of Three Hundred Fifty Thousand Dollars ($350,000.00) bearing interest at eight and one/half (8 ½%) percent per annum.

5. On May 17th, 2008, in order to secure the payment of the Promissory Note described in paragraph 4 above, Defendant Double Crown in accordance with and pursuant to the Ship Mortgage Act of 1920 as Amended, executed and delivered to TIB Bank, a Preferred Mortgage covering the Motor Vessel *Reef Roamer* and by the terms of that mortgage, granted, bargained and sold mortgagor's vessel, the M/V *Reef Roamer* to TIB Bank to secure the payment of the note described in paragraph 4 above and all other obligations of the Preferred Mortgage described in this paragraph. A copy of that Preferred Mortgage is annexed hereto as Exhibit "A".

6. On March 1st, 2012, Defendant Double Crown executed and delivered to Capital Bank, a national banking corporation, successor by merger to TIB Bank whose address is P.O. Box 373808, Key Largo, FL 33037 for good and valuable consideration, a Promissory Note in the amount of Forty0five Thousand and No/100 Dollars ($45,000.00) bearing interest at eight and one/half (8 ½%) interest per annum.

7. On May 29th, 2012, in order to secure the payment of the Promissory Note described in paragraph 6 above, Double Crown, in accordance with and pursuant to the Ship Mortgage Act of 1920 as Amended, executed and delivered to Capital Bank a Preferred

Mortgage covering the Motor Vessel *Reef Roamer* and by the terms of that mortgage, granted, bargained and sold mortgagor's vessel, the M/V. *Reef Roamer* to Capital Bank to secure the payment of the note described in paragraph 6 above and all other obligations of the Preferred Mortgage described in this paragraph. A copy of that Preferred Mortgage is annexed hereto as Exhibit "B".

8. At the time the Preferred Mortgages described above were executed and delivered to Plaintiff and at all times since, the M/V *Reef Roamer* was, and has been, ,duly enrolled under the laws of the United States with her home port at Key Largo, Florida 33037.

9. The Preferred Mortgages described above were duly filed with the United States Coast Guard Marine Document Office at Miami, Florida and the record of the Coast Guard Marine Documentation Officer at Miami, Florida, shows the name of the defendant vessel, the name of the respective parties to the Preferred Mortgages and the amount and date of maturity of the notes described in paragraphs 4 and 6 above. The Preferred Mortgages were duly endorsed on the documents of the Defendant vessel in accordance with the Ship Mortgage Act of 1920 as Amended. All other requirements of the Ship Mortgage Act of 1920 as Amended, were met or caused to be met, either by mortgagor or the Coast Guard Documentation Office at Miami, Florida in order to give the mortgage preferred status.

10. The United States Coast Guard Marine Documentation Office at Miami, Florida, upon recording the Preferred Mortgages described in paragraphs 5 and 7 above, caused to be endorsed on the documents of Defendant vessel *M/V Reef Roamer*, the names of the mortgagor and mortgagee, the amount and the maturity date of the Preferred Mortgages and the time and date of endorsement. The Coast Guard Marine Documentation Officer

delivered two certified copies of the Preferred Mortgages to the mortgagor who used due diligence to retain one copy on the Defendant M/V *Reef Roamer*, and caused the copy of the documents of the vessel to be exhibited by the Master to any persons having business with the vessel which might give rise to a maritime lien upon the vessel or to the sale, conveyance or mortgage thereof. Upon information and belief, at all times since then, the Master of Defendant M/V *Reef Roamer*, has exhibited to any such person upon his request, the documents of the vessel and the copy of the Preferred Mortgages placed on board the vessel.

11. At the time Defendant Double Crown, LLC executed and delivered to TIB Bank the note and delivered to Capital Bank the notes and the Preferred Mortgages described in paragraphs 5 and 7, Defendant's vessel, M/V *Reef Roamer* was unencumbered by any other valid and subsisting First Preferred Mortgage. Upon information and belief, the lien of the mortgage on M/V *Reef Roamer* is superior to the lien of any other mortgage.

12. On June 19th, 2020 and on June 26th, 2020, the Cadle Company, 100 North Center Street, Newton Falls, Ohio 44444, purchased both loans (paragraphs 4 and 6 above).

13. On June 29th, 2021, the Cadle Company sold both loans (paragraphs 4 and 6 above) to Plaintiffs, Samuel C. Stoia and Alana Stoia.

14. The Defendant Double Crown has refused and neglected to pay the indebtedness secured by the mortgages described in paragraph 5 and 7 above in accordance with the terms and conditions. Defendant Double Crown has defaulted in failing to pay installments of principal and interest when due. There is presently due and unpaid the principal sum of Eighty-one Thousand, Nine Hundred, Twenty and 86/100 ($81,920.86) Dollars, with a per diem rate of $9.81 from June 21st, 2021 plus all

recoverable expenses incurred by TIB Bank, Capital Bank, the Cadle Company and Plaintiff Stoia. In accordance with the terms of the Preferred Mortgages, the banks and Plaintiff Stoia have elected to declare, and did declare, the whole of the outstanding indebtedness evidenced by the promissory notes dated May 4th, 2006 and March 1st, 2012 to be immediately due and payable. Although demand thereof has been duly made, neither the whole nor any part of the outstanding indebtedness has been paid.

15. Plaintiff has incurred and will incur reasonable attorneys' fees and expenses and may make advances and sustain damages from or by reason of the default of the mortgagor, all in amounts not presently known to Plaintiff.

16. All and singular premises are true and within the Admiralty and Maritime jurisdiction of the United States of America and this Honorable Court.

WHEREFORE, Plaintiff prays:

1. That process in due form of law according to the course and practice of this Honorable Court in causes of Admiralty and Maritime jurisdiction issue against the M/V. *Reef Roamer*, her rigging, tackle, apparel, furniture, engines and fishing gear and all other necessaries thereunto appertaining and belonging, and that all persons claiming any interest in the vessel be cited to appear and answer on oath all and singular, the matters aforesaid; that Defendant Double Crown, LLC be cited to appear and answer on oath, all and singular, the matters aforesaid.

2. That the Preferred Mortgages be declared to be a valid and subsisting lien in the principal sum of Eighty-one Thousand, Nine Hundred, Twenty and 86/100 ($81,920.86) Dollars with a per diem rate of $9.81 from June 21st, 2021 together

with all other amounts required to be disbursed by Plaintiffs for the care and preservation of the M/V *Reef Roamer* and all other advances, expenses, attorneys' fees, costs and disbursements with interest, such lien to be prior and superior to the interest, liens or claims of all persons, firms or corporations whatsoever.

3. That the M/V *Reef Roamer* her rigging, tackle, apparel, engines and fishing/diving gear and all other necessaries thereunto pertaining be sold to pay the demand and claims with interest and costs and that Plaintiff may become a purchaser at any sale of the mortgage property.

4. That it be decreed that any and all persons, firms or corporations claiming an interest in the M/V *Reef Roamer*, are forever barred and foreclosed of and from all right or equity of redemption or claim of, in or to the mortgaged vessel and every part thereof.

5. That Plaintiff recover from Defendant Double Crown LLC the amount of any deficiency that may be due the Plaintiff after applying the proceeds of sale of the M/V *Reef Roamer* to the amount of the decree herein.

6. That Plaintiff have such other and further relief as in justice it may be entitled to recover.

STATE OF FLORIDA

COUNTY OF MONROE

BEFORE ME, personally appeared, SAMUEL C. STOIA and ALANA STOIA, and upon being duly sworn, deposes and states:

We are the Plaintiffs herein, we have read the attached Complaint and know the contents thereof to be true to our personal knowledge, except as to matters therein stated on information and belief, and as to those matters we believe them to be true.

_____  _____
SAMUEL C. STOIA                  ALANA STOIA

SWORN TO BEFORE ME Samuel C. Stoia and Alana Stoia, who are personally known to me or who have provided __Florida Drivers Lic__ as identification on this __7th__ day of August, 2021.

_____
NOTARY PUBLIC – State of Florida                    (SEAL)

MELODIE STARR
Notary Public - State of Florida
Commission # GG 257497
My Comm. Expires Sep 11, 2022
Bonded through National Notary Assn.

Respectfully submitted,

HORAN LAW, LLLP
608 Whitehead Street
Key West, Florida 33040
Telephone (305) 294-4585

/s/ David Paul Horan
DAVID PAUL HORAN
FLA. BAR NO. 142474
dph@horan.law